IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

OTIS MINOR                                                                                                PLAINTIFF

V.                                                                          CIVIL ACTION NO. 3:19CV155-NBB-RP

MISSISSIPPI DEPARTMENT OF PUBLIC SAFETY;
STATE OF MISSISSIPPI, EX REL., MISSISSIPPI;
JIM HOOD, ATTORNEY GENERAL, STATE OF
MISSISSIPPI; TOWN OF COLDWATER, MISSISSIPPI;
OFFICER BRYAN SULLIVANT; AND
JOHN DOE I AND JOHN DOE II                                                                    DEFENDANTS

## **ORDER**

In accordance with the memorandum opinion issued this day, it is ORDERED AND ADJUDGED that the State Defendants' motion for judgment on the pleadings is **GRANTED**, and the State Defendants are dismissed from this action with prejudice.

This, the 7th day of April, 2020.

    /s/ Neal Biggers
NEAL B. BIGGERS, JR.
UNITED STATES DISTRICT JUDGE