IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

OTIS MINOR                                                          PLAINTIFF

V.                                                 CIVIL ACTION NO. 3:19CV155-NBB-RP

MISSISSIPPI DEPARTMENT OF PUBLIC SAFETY;
STATE OF MISSISSIPPI, EX REL., MISSISSIPPI;
JIM HOOD, ATTORNEY GENERAL, STATE OF
MISSISSIPPI; TOWN OF COLDWATER, MISSISSIPPI;
OFFICER BRYAN SULLIVANT; AND
JOHN DOE I AND JOHN DOE II                              DEFENDANTS

## **ORDER**

In accordance with the memorandum opinion issued this day, it is ORDERED AND ADJUDGED that Defendant Town of Coldwater, Mississippi's motion for judgment on the pleadings is GRANTED, and said defendant is hereby dismissed from this action.

This, the 15th day of April, 2020.

                                                         /s/ Neal Biggers
                                                         NEAL B. BIGGERS, JR.
                                                         UNITED STATES DISTRICT JUDGE